# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00289-CV

**Texas Department of Criminal Justice, Appellant**

**v.**

**Shirley J. Howard, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN002154, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

**PER CURIAM**

Appellant Texas Department of Criminal Justice has filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:  October 25, 2001

Do Not Publish